# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MARGARITA RIVERA,
        Plaintiff,

   v.                                                                                                 Case No. 15-C-299

CAROLYN W. COLVIN,
**Acting Commissioner of the Social Security Administration**
        Defendant.

## ORDER

Plaintiff Margarita Rivera seeks judicial review of a decision by the Commissioner of the Social Security Administration. Ordinarily, a plaintiff must pay a statutory filing fee to bring an action in federal court, 28 U.S.C. § 1914(a), but plaintiff requests leave to proceed in forma pauperis. Under 28 U.S.C. § 1915(a), an indigent party may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1).

Plaintiff has filed the required affidavit. Upon review of that affidavit, the court is satisfied that plaintiff meets the requirements of § 1915(a). Plaintiff's income is limited to public assistance and disability compensation, which is subsumed by monthly expenses. Plaintiff owns no real estate, motor vehicles, or other valuable assets. Finally, on review of the complaint the court is unable to determine that the action is frivolous or that the complaint fails to state a claim.

**THEREFORE, IT IS ORDERED** that plaintiff's petition to proceed in forma pauperis (R.

2) is **GRANTED**. The file will be returned to the Clerk of Courts for service on defendant.

Plaintiff is advised to provide defendant or her counsel with copies of all future motions or papers filed by plaintiff in this action.

Dated at Milwaukee, Wisconsin this 23rd day of March, 2015.

/s Lynn Adelman
LYNN ADELMAN
District Judge